UNITED STATES DISTRICT COURT
FOR THE NEW HAMPSHIRE DISTRICT

| | | |
|---|---|---|
| Coronavirus Reporter | ) ) | |
| Plaintiff, | ) ) | Case 21-cv-47-LM |
| vs. | ) ) | |
| Apple Inc. | ) ) | |
| Defendant. | ) ) ) ) ) ) ) | |

**MOTION TO AMEND COMPLAINT**

NOW COMES THE PLAINTIFF, by and through his counsel, and hereby requests this Honorable Court allow him to amend his Complaint. See Fed. R. Civ. P. 15 and Local Rule 15. In support thereof he states as follows:

**The Amended Complaint should be allowed in accordance Fed. R. Civ. P. 15 and Local Rule 15.**

1. "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. In fairness to all litigants, and to clarify this case, justice requires that the Amended Complaint be accepted.

3. There are very little, or no new factual allegations or legal claims in the proposed Amended Complaint. The Plaintiff files this complaint to clarify the key players to this action and expound upon their legal arguments.

4. Finally, there has been no undue delay which would prejudice the defendants or unreasonably prolong this case which has only just recently been filed.

5. The Defendant has been contacted and does not assent to this filing, instead Defendant improperly conditioned their assent on two unreasonable stipulations.

6. The first was that the Plaintiff agree to waive their right under Fed. R. Civ. P. 15(1)(B) to file an amended complaint after a Rule 12(b), (e), or (f) motion has been filed, Plaintiff expressly does not waive that right by this filing.

7. Secondly the Defendants requested until May 15th to answer this pleading because the Defendant claims there is new information about Dr. Robert Roberts in the complaint. Defendants have had Dr. Roberts CV since March 2020 and given that this is the only new information provided in this complaint such a large extension is not warranted after Plaintiff has already assented to such an extension previously.

8. This is a simple amendment clarifying some of the prior allegations, it should be allowed and the Defendant should have answer it in the normal course.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

A. Allow the plaintiff leave to file an Amended Complaint; and

B. Enter any further relief which may be just.

Dated: March 3, 2021

Respectfully Submitted,
Coronavirus Reporter
By and through its counsel

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
NH Bar No. 20997
PO Box 278
Manchester, NH 03105
(603) 622-8100
(888) 912-1497 fax
Keith@aaone.law

## Rule 7.1(c) Certification

I hereby certify that a good faith attempt has been made to achieve concurrence in the relief sought and the Defendants did not assent.

Dated: March 3, 2021                                                          /s/ Keith A. Mathews

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 3, 2021                                                          /s/ Keith A. Mathews