EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Coronavirus Reporter, § § § § *Plaintiff,* § v. § Apple Inc., § § *Defendant.* § § | | Civil Action No. 1:21-cv-00047-LM |

**AFFIDAVIT OF KEVIN M. O'SHEA, ESQUIRE
IN SUPPORT OF APPLE INC.'S RESPONSE TO
PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Kevin M. O'Shea states as follows:

1. I am a member of the bar of this Court and that of the State of New Hampshire (# 15812), and I am a member of the law firm Sulloway & Hollis, P.L.L.C., counsel for Apple Inc. ("Apple") in the above captioned action.

2. I submit this Affidavit to authenticate the exhibits attached to *Apple Inc.'s Response to Plaintiff's Motion to Amend Complaint* ("Motion to Amend" and "Response").

3. I am counsel of record for Apple in this action and I am familiar with the pleadings, discovery, and communications relating to this action, as those documents have been received or sent to me, Sulloway, or Sulloway's staff.

4. Attached as Exhibit B is a true and accurate copy of an email from Keith Mathews, Esquire to all Apple's counsel of record dated March 1, 2021.

5. Attached as Exhibit C is a true and accurate copy of an email from Jessica Phillips, Esquire to Keith Mathews, Esquire dated March 1, 2021.

{C1453372.1 }

6. Attached as Exhibit D is a true and accurate copy of an email from Jessica Phillips, Esquire to Keith Mathews, Esquire dated March 2, 2021.

7. Attached as Exhibit E is a true and accurate copy of an email from Keith Mathews, Esquire to Jessica Phillips, Esquire dated March 2, 2021.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 4, 2021           /s/ Kevin O'Shea
                                     Kevin M. O'Shea

{C1453372.1 }