EXHIBIT B

| | |
|---|---|
| **From:** | Keith Mathews, Esq. <keith@aaone.law> |
| **Sent:** | Monday, March 1, 2021 11:58 AM |
| **To:** | Goodman, Martha; Phillips, Jessica E; Allyson L. Moore; Kevin O'Shea |
| **Subject:** | Re: Coronavirus Reporter |
| **Attachments:** | AmendedCoronaReporter.pdf |

All,

I intend to file a motion to amend and the attached amended complaint. I am writing to determine whether you are willing to assent to the amendment, please get back to me as soon as possible. Do not hesitate to contact me with any questions or concerns.

Regards,

Keith Mathews

*Atty. Keith A. Mathews*
*Associated Attorneys of New England*
*1000 Elm Street, Suite 803*
*Manchester, NH 03101*
*************************
`www.AAONE.law`
*Tel: (603) 622-8100*
*Fax: (888)912-1497*

CONFIDENTIALITY NOTICE:

This e-mail and any files transmitted with it are confidential, may be protected by the attorney-client privilege, and are intended for use by the addressee(s) only. If you are not the intended recipient or the person responsible for delivering e-mail for the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please destroy it immediately and notify me at 603-622-8100. Thank you.