EXHIBIT C

| | |
|---|---|
| **From:** | Phillips, Jessica E <jphillips@paulweiss.com> |
| **Sent:** | Monday, March 1, 2021 3:24 PM |
| **To:** | Keith Mathews, Esq.; Goodman, Martha; Allyson L. Moore; Kevin O'Shea |
| **Cc:** | Phillips, Jessica E |
| **Subject:** | RE: Coronavirus Reporter |

Keith,

We are considering your request and will get back to you as quickly as we can.

Best,


**Jessica E Phillips** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7338 (Direct Phone) | 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com