EXHIBIT D

| | |
|---|---|
| **From:** | Phillips, Jessica E <jphillips@paulweiss.com> |
| **Sent:** | Tuesday, March 2, 2021 2:01 PM |
| **To:** | Keith Mathews, Esq.; Goodman, Martha; Allyson L. Moore; Kevin O'Shea |
| **Cc:** | Phillips, Jessica E |
| **Subject:** | RE: Coronavirus Reporter |

Keith,

Because you are afforded one amendment as of right under FRCP 15(a)(1), we assent to your filing this amended complaint and using your one amendment as of right at this time. In exchange for our assent and because you have added new information regarding Dr. Robert Roberts, and added two new claims, we ask for your assent to a further extension of time in which to respond to the amended complaint, until May 12. We understand this consent would also be conditioned upon our agreement to review and discuss any settlement demand from your client, as per our prior agreement.

Best,

**Jessica E Phillips** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7338 (Direct Phone) | 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com