# EXHIBIT E

| | |
|---|---|
| **From:** | Keith Mathews, Esq. <keith@aaone.law> |
| **Sent:** | Tuesday, March 2, 2021 2:48 PM |
| **To:** | Phillips, Jessica E; Goodman, Martha; Allyson L. Moore; Kevin O'Shea |
| **Subject:** | Re: Coronavirus Reporter |

Jessica,

I will speak to my client and get back to you.

Regards,

Keith

*Atty. Keith A. Mathews*
*Associated Attorneys of New England*
*1000 Elm Street, Suite 803*
*Manchester, NH 03101*
*************************
[*www.AAONE.law*](http://www.AAONE.law)
*Tel: (603) 622-8100*
*Fax: (888)912-1497*


CONFIDENTIALITY NOTICE:

This e-mail and any files transmitted with it are confidential, may be protected by the attorney-client privilege, and are intended for use by the addressee(s) only. If you are not the intended recipient or the person responsible for delivering e-mail for the intended recipient, be advised that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please destroy it immediately and notify me at 603-622-8100. Thank you.