# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPHSIRE

| | | |
|---|---|---|
| Coronavirus Reporter, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 1:21-cv-00047-LM |
| Apple Inc., | § § § | |
| *Defendant*. | § § | |

**APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant Apple, Inc. ("Apple") moves this Court to transfer this case to the U.S. District Court for the Northern District of California for the convenience of parties and in the interest of justice, under 28 U.S.C. § 1404(a). Attached to this motion is Defendant's supporting memorandum of law. LR 7.1(a)(2).

WHEREFORE, Apple requests that this Honorable Court:

  A. Grant this Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a); and

  B. Grant such other and further relief as the Court deems just and equitable.

## LOCAL RULE 7 STATEMENT

Given the nature of this motion, the concurrence of the Plaintiff, Coronavirus Reporter, was not sought. LR 7.1(c).

Respectfully submitted,

APPLE INC.
By and through its attorneys,

Date:  March 11, 2021            By:    /s/ Kevin O'Shea
                                                   SULLOWAY & HOLLIS, PLLC
Kevin M. O'Shea, Esquire
New Hampshire Bar No. 15812
Allyson L. Moore, Esquire
New Hampshire Bar No. 272208
9 Capitol Street
Concord, New Hampshire 03301
 (603) 223-2800
koshea@sulloway.com
amoore@sulloway.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Jessica E. Phillips, Esquire
*Admitted Pro Hac Vice*
Martha Goodman, Esquire
*Admitted Pro Hac Vice*
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
jphillips@paulweiss.com
mgoodman@paulweiss.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this pleading was filed through the ECF/CM system and will be sent to all parties of record through ECF/CM.

               <u>Counsel for Coronavirus Reporter</u>
               Keith Mathews, Esquire
               Associated Attorneys of New England
               P.O. Box 278
               Manchester, NH  03105
               (603) 622-8100
               keith@aaone.law

Date:   March 11, 2021               By:   /s/ Kevin O'Shea