EXHIBIT E

Discover　　Design　　Develop　　Distribute　　Support　　Account

**News and Updates**　　　　　　　　　　　　　　　　　　　　　　　　　　　News　Releases



## Ensuring the Credibility of Health & Safety Information

March 14, 2020

The App Store should always be a safe and trusted place for users to download apps. Now more than ever that commitment takes on special significance as the world fights the COVID-19 pandemic. Communities around the world are depending on apps to be credible news sources — helping users understand the latest health innovations, find out where they can get help if needed or provide assistance to their neighbors.

To help fulfill these expectations, we're evaluating apps critically to ensure data sources are reputable and that developers presenting these apps are from recognized entities such as government organizations, health-focused NGOs, companies deeply credentialed in health issues, and medical or educational institutions. Only developers from one of these recognized entities should submit an app related to COVID-19. Entertainment or game apps with COVID-19 as their theme will not be allowed.

We understand the need to get these apps into the hands of customers as soon as possible. We encourage developers that meet this criteria to select "Time-Sensitive Event" on the expedite request form to ensure prioritized review since App Store review may take longer.

If you are developing an app on behalf of a client, please advise your client to add you to the development team of their Apple Developer account. If your client does not yet have an Apple Developer account, they can enroll in the Apple Developer Program. Nonprofit organizations, accredited educational institutions, and government entities that plan to distribute only free apps on the App Store can request to have their annual membership fee waived, if based in an eligible country.

Learn about membership fee waivers ›

Read the App Store Review Guidelines ›

Request an expedited review ›



| Discover | Design | Develop | Distribute | Support |
|---|---|---|---|---|
| iOS | Human Interface Guidelines | Xcode | Developer Program | Articles |
| iPadOS | Resources | Swift | App Store | Developer Forums |
| macOS | Videos | Swift Playgrounds | App Review | Feedback & Bug Reporting |

Case 1:21-cv-00047-LM Document 18-7 Filed 03/11/21 Page 3 of 3

| | | | | |
|---|---|---|---|---|
| tvOS | Apple Design Awards | TestFlight | Mac Software | System Status |
| watchOS | Fonts | Documentation | Apps for Business | Contact Us |
| Safari and Web | Accessibility | Videos | Safari Extensions | |
| Games | Localization | Downloads | Marketing Resources | **Account** |
| Business | Accessories | | Trademark Licensing | Certificates, Identifiers & Profiles |
| Education | | | | App Store Connect |
| WWDC | | | | |

To view the latest developer news, visit News and Updates.

Copyright © 2021 Apple Inc. All rights reserved.   Terms of Use   Privacy Policy   License Agreements                    English ⌄