UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Coronavirus Reporter, | § § § § | |
| *Plaintiff,* | § | Civil Action No. 1:21-cv-00047-LM |
| v. | § § | |
| Apple Inc., | § § | |
| *Defendant.* | § § § | |

### APPLE INC.'S LOCAL RULE 7.1(C)  STATEMENT OF CONCURRENCE IN CONNECTION WITH ITS MOTION TO EXCEED PAGE LIMITS OF ITS MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)

Apple Inc. ("Apple"), by and through its attorneys, Sulloway & Hollis, PLLC and Paul, Weiss, Rifkind, Wharton & Garrison LLP, in accord with the Court's March 12, 2021 Notice of Nonconforming Document, submits the following Local Rule 7.1 (c) statement of concurrence:

1. Keith Mathews, Esquire, counsel for Coronavirus Reporter, was contacted by email on March 12, 2021 and was asked to assent to the relief sought in Apple's Motion to Exceed Page Limits of its Memorandum of Law in Support of Its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [18].

2. Later that day, Attorney Mathews assented to the relief sought by Apple. *See* LR 7.1(c).

Respectfully submitted,

APPLE INC.

By and through its attorneys,
SULLOWAY & HOLLIS, PLLC

Date:  March 12, 2021          By:    /s/ Kevin O'Shea
                                      Kevin M. O'Shea, Esquire
                                      New Hampshire Bar No. 15812
                                      Allyson L. Moore, Esquire
                                      New Hampshire Bar No. 272208
                                      Sulloway & Hollis, P.L.L.C.
                                      9 Capitol Street
                                      Concord, New Hampshire 03301
                                      (603) 223-2800
                                      koshea@sulloway.com
                                      amoore@sulloway.com

                                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                      Jessica E. Phillips, Esquire
                                      *Admitted pro hac vice*
                                      Martha Goodman, Esquire
                                      *Admitted pro hac vice*
                                      Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                      2001 K Street, NW
                                      Washington, DC 20006-1047
                                      (202) 223-7300
                                      jphillips@paulweiss.com
                                      mgoodman@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed through the ECF/CM system and will be sent to all parties of record through ECF/CM.

<u>Counsel for Coronavirus Reporter</u>
Keith Mathews, Esquire
Associated Attorneys of New England
P.O. Box 278
Manchester, NH  03105
(603) 622-8100
keith@aaone.law

Date:  March 12, 2021          By:    /s/ Kevin O'Shea