UNITED STATES DISTRICT COURT
FOR THE NEW HAMPSHIRE DISTRICT

| | |
|---|---|
| CORONAVIRUS REPORTER and<br>FIVE UNNAMED APPS<br>On behalf of themselves and all others similarly situated<br>　　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>APPLE INC.<br>　　　　　　　　　　　　　　Defendant. | Case  21-cv-47-LM<br><br>**NOTICE OF DISMISSAL<br>PURSUANT TO<br>FRCP RULE 41(a)(1)(A)(i)** |

## NOTICE OF DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)

Rule 41 permits the Plaintiff to dismiss an action, without prejudice, by filing a notice of dismissal before the opposing party serves either an answer, or a motion for summary judgment.

Defendant Apple has not filed an answer in this case, nor has it filed a motion for summary judgment.

Plaintiff Coronavirus Reporter hereby notices dismissal of the action, under Rule 41.

Plaintiff notices the Court and the public that this action will be re-filed as a class action in the appropriate venue. Plaintiff had already filed a Second Amended Complaint asserting to protect the rights of independent developers. The SAC is believed to be the largest putative class action in United States history, seeking damages in excess of $200 billion.

This Court, over the objection of counsel, effectively blocked the filing of the class action by failing to recognize the SAC as the operative complaint. Rather than go through an entire trial to appeal the absence of the developer class, in the interest of of judicial economy, and the

independent developers, Plaintiff and counsel hereby exercise their right to dismiss this action, so that the class action may be properly incorporated before trial, as opposed to during a post-trial appeal.

Respectfully submitted, this 2nd day of July 2021.

/s/ Keith Mathews
Keith Mathews
NH Bar No. 20997
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

## CERTIFICATE OF SERVICE

I, Keith Mathews, do declare as follows:

I certify that a copy of the foregoing was delivered electronically to counsel for the Defendants with counsel, and emailed to those without known counsel.

Executed on this 2nd day of July 2021.

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff